Appeal Reinstated, Motion Granted, Appeal Dismissed,
and Memorandum Opinion filed March 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01063-CR

____________

 

THERESA HANCOCK, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 23rd District Court

Brazoria County, Texas

Trial Court Cause No. 60,612

 



 

MEMORANDUM
 OPINION

On December 13, 2010, appellant’s counsel filed a motion to
dismiss this appeal.  The motion did not comply with Texas Rule of Appellate Procedure
42.2(a) in that it was not signed by appellant.  See Tex. R. App.
P. 42.2.  The court’s attempt
to contact counsel by phone to remedy the defect was unsuccessful.  On December
14, 2010, the court sent a letter to counsel advising her of the defect in the
motion and requesting that she file an amended or supplemental motion.  No
response was filed.  

Accordingly, on January 11, 2011, this court abated the
appeal for the trail court to conduct a hearing to determine whether appellant
desires to prosecute her appeal.  On March 7, 2011, a supplemental clerk’s
record was filed containing appellant’s signature joining the motion to dismiss
the appeal.  Because this court has not issued an opinion, we reinstate the
appeal and grant appellant’s request.

Accordingly, we order the appeal dismissed.  We direct the clerk
of the court to issue the mandate of the court immediately.

 

PER CURIAM

 

Panel
consists of Justices Anderson, Seymore and McCally.

Do not
publish — Tex. R. App. P.
47.2(b).